# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT L. CARTER

NO. 2020 KW 0701

**OCTOBER 26, 2020·**

In Re:    Wilbert L. Carter, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 98-CR-00031.

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide this court with a copy of the district court's ruling, a file-stamped copy of the motion at issue, the guilty plea and sentencing transcripts, the bill of information, pertinent district court minutes, the uniform commitment order and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 28, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT